In The United States District Court
Middle District of North Carolina

Suntrust

Plaintiff

v.

Gerald Blaine Ripple
Barbara Luke Ripple

Defendants

Civil Action Case No. 1:10CV736

Motion For extension of ~~time~~ (60) time file Answer. Asking for sixty days.

1. Defendant, Barbara Luke Ripple to get Legal counsel.

2. Defendant, Gerald Blaine Ripple to get Legal counsel.

Defendant
Gerald Blaine Ripple
DATE: Nov. 2, 2010

Defendant
Barbara Luke Ripple
Date: Nov. 2, 2010

CERTIFICATE OF SERVICE
The Undersigned Hereby Certifies
That He Has Served A Copy Of The Fore-
going Document Upon All Parties Or
Their Attorneys Of Record By Placing
Same In The U. S. Mails, Postage
Prepaid and Properly Addressed,
This the 2 Day of Nov., 2010

FILED NOV -2 2010 IN THIS OFFICE Clerk U. S. District Court Greensboro, N.C.

Case 1:10-cv-00736-UA -WWD Document 7 Filed 11/02/10 Page 1 of 1