IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

```
SUNTRUST BANK,                    )
                                  )
    Plaintiff,                    )
                                  ) CASE NO. 1:10-cv-00736-UA
  v.                              )
                                  )
GERALD BLAINE RIPPLE,             )
BARBARA LUKE RIPPLE,              )
                                  )
    Defendants.                   )
```

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION**

Plaintiff responds to the Defendants' Motion for Extension [Doc 6] as follows:

1. In their Motion for Extension, filed three weeks after service, [Doc 5-6] the Defendants request a two months extension of time file an answer in order to obtain an attorney.

2. However, Plaintiff previously litigated the equitable claims in this case against the Defendants in the Forsyth County General Court of Justice, Case No. 08CVS8402 from 10/08 until voluntarily dismissing the case on 10/14/09, as the state court did not rule on this matter.

3. Therefore, the Defendants have had over two years to obtain an attorney, following service of the first case, plus nearly another month to hire an attorney since service of this case and do not require an additional two months to hire an attorney, delaying resolution of this case where the Defendants

1

have refused to honor their obligations under the loans forming the basis for this action since inception of the prior case.

4.  Consequently, the present motion appears interposed for purposes of further delay.

5.  However, Plaintiff is agreeable to providing the Defendants a thirty-day extension from the filing date of their motion to answer the Complaint, namely by December 2, 2010.

Respectfully submitted this 4th day of November, 2010.

By: */s/ Mark A. Baker*_____
Mark A. Baker
JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Email: mabaker@jflegal.com
Telephone: (770) 234-9181 x 8861
Facsimile: (404)329-8179
NC Bar No. 32382
Attorneys for Plaintiff

By: */s/ Andrew R. Bickwit*_____
Andrew R. Bickwit
JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Email: arbickwit@jflegal.com
Telephone: (770) 234-9181 x 8837
Facsimile: (404)329-8048
NC Bar No. 13255
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a precise copy of this pleading was filed ECF, sending notice to the following:

>Gerald Blaine Ripple
>Barbara Luke Ripple
>4544 Shattalon Drive
>Winston-Salem, North Carolina 27106
>Defendants *Pro-Se*

Respectfully submitted this 4th day of November, 2010.

>By: */s/ Mark A. Baker*_____
>Mark A. Baker

3

Case 1:10-cv-00736-UA -WWD   Document 8   Filed 11/04/10   Page 3 of 3